# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>v.<br><br>BRIAN LEE SUMNER,<br>                    Defendant. | NOTICE OF APPEARANCE<br><br><br><br>Case No:  CR 10-131 (MJD/RLE) |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Katherian D. Roe shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   May 14, 2010                              *s/Katherian D. Roe*
                                                                Katherian D. Roe
                                                                Attorney ID No. 214668
                                                                Attorney for Defendant
                                                                Office of the Federal Defender
                                                                107 U.S. Courthouse
                                                                300 South Fourth Street
                                                                Minneapolis, MN 55415